AE

RECEIVED
NOV 0 2 2007
NOV 0 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**
William K. Crosby, Ayo MAAT, Patricia Brewer, Carol Murphy, Richard James, Cecilia Jackson, Debbie Pittman, Mathew Lukas, Stevie Dickens

**Defendant(s)**
PACE Suburan Bus
550 W Algonquin Road
Arlington Heights
6005—

07CV6235
JUDGE KOCORAS
MAGISTRATE JUDGE ASHMAN

**COMPLAINT**

We are Requesting the Judge for and Injuntion to Stop Pace Bus. From Canceling the PARATRANSIT Monthly Bus Pass And that he stop it Now. A stop the Discrimination From PARATRANSIT Disable Rider being Discriminated

see Attach
Exbit 1 - Three pages

William K. Crosby

**Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary):**
Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary):

The discrimination is AGAINST PARATRANSIT RIDERS IN CHICAGO and surrounding suburbs and collar counties. The riders on fixed bus line still receive a monthly pass at a fixed price of $84.00, effcetive Nov. 4, 2007 formerly $75. PARATRANSIT RIDERS' monthly pass is being canceled effective Nov. 4, 2007. It was due to be canceled effective Nov. 1, but we advocated with RTA to convince PACE to extend the pass until fare hikes for all of the city would take place—that is Nov. 4. Because the riders are mainly Black, low-income, or blue collar workers, and live on the southside of Chicago, we feel that disparate treatment occurs as follows and violates Title VI of the Civil Rights Act of 1964.

Title VI of the Civil Rights Act of 1964 supports tranportation equity and according to FTA workshop on Transportation Equity held in Dec. 2005, during the 50th annversary of the Montgomery Bus Boycott, 'transportation resources and investments provided by recipients of Federal funds should benefit all segments of society, and adverse impacts of such investments should not be disproportionately borne by any single population or community.'

These are the acts of discrimination, transit injustice and transit inequity we raise:
1. people with disbilities who ride paratranist bear a disproportionate portion of the funding cost of public transit without the benfit of betetr serviceand have had their service reduced as of November 4, 2007 while fares have risen twice in one year. The paratransit service is slower than fixed route, not comparable to fixed route which provides shuttle service and extra buses or trains to meet demand to transport riders who are stranded or to keep them from waiting long times for rides or to get to their destinations. From Oct. 30-Nov. 1 PACE provided free rides on fixed route buses for paratransit riders and people with disabilities who had an RTA reduced fare permit, but still charged fares to person with disabilities who rode the paratransit service. We have a Reduced Fare permit, too, but we can't ride fixed route, and we asked for rides as a comparable service for those who did not have monthly passes and to offset the expiration of the October pass, but were refused free rides but given an extension of the pass to Nov. 3. All paratrnsit riders do not have monthly passes.

2. Blacks on the southside feel that they receive disparate service due to their race and community location when they observe and compare it to the northside areas of the city that historically house more Caucasians or the more affluent. Under 2004 statistics, 81% of the paratransit riders were Black and lived on the southside.

3. Though Hispanic people also complain, Blacks and Hispanics on the northside who live in interracial areas that have more affluence receive better on-time service and less time in the vehicle. Trip time should be comparable to fixed route. We contend that it is not for southside Black paratransit riders. This is not comparable service.

4. The employment rate nationally of people with disabilities is 70%. It is disparate treatment for FTA to allow PACE to charge up to double the fare of fixed route to

people who are transit-dependent, have the least disposable income, and unlike more affluent people have no other transit alternative. Monthly pass users of paratransit service who were paying $75 per month as of Nov. 4 will pay as much as $360 for 120 rides and $600 for 200 rides. Patricia Baxter has as many as 200 rides a month. Dr. Ayo Maat has had as many as 120 trips per month. When rates go up to $ 4 per trip in January without a monthly pass, we face increases that are more than double the rate that fixed route riders will pay as a result of the increase.

5. All low and moderate income racial groups will lose paratransit service when PACE stops weekend service or completely stops servicing certain communities. Those who can ride the bus or walk to the bus and train will have an alternative. Most paratransit riders will not.

6. PACE and the Illinois legislature are sending people who are already low income further into impoverishment and risking the lives of those who depend on the paratransit for dialysis and cancer treatments while risking homelessness for drivers who will be laid off when riders can no longer ride as they cannot afford the fares. Public transit is a right. It should not just be for the elite or wealthy. People with disabilities already have a high cost of living. To lower their quality of life by isolating and retaining them at home without affordable transportation access to healthcare, shopping, employment, job hunting, volunteer work, social activities, and required business activities is morally wrong.

7. Monthly pass for persons with disabilities and senior citizens was $75.00 only to be used on Chicago paratransit service. We will still pay a extra fare if we transfer to a PACE paratransit service. Now fixed routes still can buy a pass at $84 and use it without restriction as to capacity or number of rides, while ours has been canceled.

8. Under the ADA (Americans with Disabilities Act) and Section 504 of the Rehab Act of 1973, we feel that PACE, the Illinois State legislature , RTA (Regional Transit Authority), the FTA (Federal Transit Administration) and the State of Illinois through its flawed legislation have condoned discrimination and disparate treatment of people with disabilities, Blacks who make up the majority of paratransit riders, Blacks at CDT (Cook DuPage Transportation) who make up the majority of the paratransit drivers including drivers with disabilities and other races of blue collar workers who drive for paratransit at Art's , CDT, SCR and Jay Medicar will lose their jobs once paratransit riders stop riding because they cannot afford to pay the fare and no longer have a monthly pass. Without riders, there is no work for drivers. Without orders there will be no need for customer service workers and dispatchers. It is a domino effect.

9. The city, county, state and federal government are suppose to be partners that work together to provide regional transportation and stimulate the local economy to reduce poverty, prevent job losses or high unemployment, and protect the rights of people with disabilities and seniors, as well as the medically fragile. Even a rape victim is entitled to a day in court.

10. People with disabilities have been denied the right to inspect contracts with paratransit carriers to ascertain policies and contract dollars under written FOIA requests submitted to PACE and verbal inquiries made. We needed the FOIA requests honored to determine:   a. Do any and how many people with disabilities

who own businesses do PACE have contracts with and how many are Black, how many are Hispanic, and how many are women?

   b. Why carriers who have received millions and become multimillionaires from paratransit riders riding with them cannot to pay their drivers fair wages or living wages and in the case of CDT, buy better vehicles equipped with less polluting engines as the fumes contribute to the respiratory distress of many paratransit riders.

   c. If anything in the carrier contracts prevent PACE from pulling vehicles off the street that are unsafe or unclean and impound vehicles (prevent them from going back into operation) until interior has been dusted, shampooed, vacuumed, rid of pests (i.e. flying bugs), and seat belts sterilized, then re-inspected. We find this only to be a problem with CDT. The other carriers comply and do not send out dirty vehicles.

11. Pace/CTA 30-Day Pass

The Pace/CTA 30-Day pass allows unlimited rides on Pace and CTA for 30 consecutive days. The pass is activated upon its first use. Valid on both Pace and CTA, but partarnsit riders vannot use it on PACE paratransit Chicago nor PACE suburban paratransit service.

Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?

Yes __X__ No _____

If yes: what is the status of the grievance? **RTA, PACE we testified at the public hearings and were told even if the funding for transportation for PACE IS APPROVED WE WILL STILL LOSE OUR MONTHY PASS**

**We were also told that PACE did not have to offer free rides on paratransit if free rides are offered on the fixed route.**

Moreover, we told them that people would have to quit their jobs who cannot get to work due to loss of service or no monthly pass on PACE. We made it clear at Congressional Subcommittee on Transportation and Highways in Chicago October 29th and and IL House Mass Transit Committee that people with disabilties get disparate treatment on paratransit, and people on dialysis would die if they could not get to dialysis on weekends due to service cuts and through the week due to not being able to pay the fare.


Subscription Route Passes
Subscription Route Passes are valid on all Pace and CTA routes (buses and trains). This is a monthly pass valid from 12:01 am on the first day of the month through 11:59 pm on the last day of the month.



### Pace/CTA 30-Day Pass

The Pace/CTA 30-Day pass allows unlimited rides on Pace and CTA for 30 consecutive days. The pass is activated upon its first use. Valid on both Pace and CTA. More information

**Price: $75.00**

Click the 'add to cart' button. Then when ready, click the 'proceed to checkout' button.



### Pace 30-Day Commuter Club Card (CCC)

The Commuter Club Card (CCC) is activated upon its first use and is valid for 30 consecutive days of unlimited rides on Pace. Internet buyers pay only $45, a $5.00 discount. Valid only on Pace; not valid on CTA. More information

**Price: $45.00**

Has the complaint been filed with another bureau of the Department of Justice or any other Federal, State, or local civil rights agency or court?

Yes_____   No _x_

If yes:

Agency or Court: _____

Contact
Person: _____