KC FILED
NOV 0 2 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2007 NOV -2 PM 5:05

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William K. Crosby
(Please print)

STREET ADDRESS: 8230 S. Bishop

CITY/STATE/ZIP: Chicago, IL 60620

PHONE NUMBER: 773-322-4411

CASE NUMBER: 07CV6235
JUDGE KOCORAS
MAGISTRATE JUDGE ASHMAN

_William K. Crosby_          _11-02-2007_
Signature                     Date