AE8

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KC **FILED**
NOV 02 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s): William K Crosby, Patricia Boerter, Cardmophy, Richard James, Cecil Santiago, Debbie, Pitman, Matthew Lucas V. Silveria

2007 NOV -2 PM 5:05 AT
U.S. DISTRICT COURT

Case Number:

Defendant(s): Pace Suburan Bus

Judge:

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, William K Crosby, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   07CV6235
   JUDGE KOCORAS
   MAGISTRATE JUDGE ASHMAN

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

William K Crosby
Movant's Signature

11-02-2007
Date

8230 S. Bishop
Street Address

Chicago, IL. 60620
City, State, ZIP