UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

v. J.N

Defendant(s)

Pace et. al

**FILED**
NOV 3 0 2007
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07C 6235

Judge: Charles Koconas

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, STEVIE W. DICKENS, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]:

   1. Equip for Equality
   2. Atty. ED Stein
   3. Pro Bono Center for Disabled and Elderly
   4. Craig Futterman
   5. Randolph Stone
   6. People Law Office

   manded Legal Council on my behalf and others in this class. Dr. Ayo Maat contacted these lawyers and law firms to represent us.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Stevie Dickens_
Movant's Signature

11-30-07
Date

8423 So. Elizabeth
Street Address

Chicago Illinois 60620
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |