**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Stevie Dickens
(Please print)

STREET ADDRESS: 8423 So. Elizabeth

CITY/STATE/ZIP: Chicago, ILL. 60620

PHONE NUMBER: (847) 571-5709

CASE NUMBER: 07C6235

Signature: [signed] Steve W Dickens    Date: 11-26-07