FILED
NOV 30, 2007
NOV 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Richard E James
Plaintiff

v.

Pace et al.
Defendant(s)

CASE NUMBER 07 C 6235

JUDGE Charles Kocoras

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ______________________, declare that I am the ☐plaintiff ☐petitioner ☐movant (other______________) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☐No (If "No," go to Question 2)
   I.D. #______________ Name of prison or jail:______________
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:__________

2. Are you currently employed? ☐Yes ☐No
   Monthly salary or wages:______________
   Name and address of employer:______________

   a. If the answer is "No":
      Date of last employment: 09/28/1998
      Monthly salary or wages: $ 6.00 pr hr
      Name and address of last employer: Craig Prium. YL Disposal Co. 137 S Kedzie Crestwood IL.

   b. Are you married? ☐Yes ☐No
      Spouse's monthly salary or wages:______________
      Name and address of employer:______________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☐No
   Amount______________ Received by______________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount______________ Received by______________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount______________ Received by______________

d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☒Yes ☐No
SSI $28.00/SOCIAL SECURITY $6.23.00
OWE GOVERMENT $52.00 MONTHLY
Amount GROSS $52.00 Received by______________

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount______________ Received by______________

f. ☐Any other sources (state source:______________) ☐Yes ☒No
Amount______________ Received by______________

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:______________
In whose name held:______________ Relationship to you:______________

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:______________ Current Value:______________
In whose name held:______________ Relationship to you:______________

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:______________
Type of property:______________ Current value:______________
In whose name held:______________ Relationship to you:______________
Amount of monthly mortgage or loan payments:______________
Name of person making payments:______________

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:______________
Current value:______________
In whose name held:______________ Relationship to you:______________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

______________

______________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-26-07

X Richard G James
Signature of Applicant

X Richard A James
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, ____________________, I.D.# ______________, has the sum of $______________ on account to his/her credit at (name of institution)______________________________. I further certify that the applicant has the following securities to his/her credit:______________. I further certify that during the past six months the applicant's average monthly deposit was $______________. (Add all deposits from all sources and then divide by number of months).

______________________
DATE

______________________________
SIGNATURE OF AUTHORIZED OFFICER

______________________________
(Print name)

rev. 10/10/2007