

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Richard A. James
(Please print)

STREET ADDRESS: 6900 S. Crandon Ave. #401

CITY/STATE/ZIP: Chicago, Illinois, 60649-1708

PHONE NUMBER: Cell. 1(773) 314-6139
Home 1(773) 955-7354

CASE NUMBER: 07 C 6235

Signature: Richard Allen James

Date: 11/21/07

FILED

NOV 3 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT