FILED
J.N
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 30 2007

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Ayo Maat, Ph. D.
(Please print)

**STREET ADDRESS:** 6951 N. Sheridan Rd

**CITY/STATE/ZIP:** Chicago IL 60626-3527

**PHONE NUMBER:** 773-416-7366; 773-338-1090

**CASE NUMBER:** 07 C 6235

Signature: Dr. Ayo Maat

Date: 11-26-07