

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s): Ayo Maat

v.

Defendant(s): PACE et. al

J.N FILED NOV 30 2007
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 C 6235

Judge: Charles Kocoras

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Ayo Maat, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I called the following attorneys or law firm's represent me and the other 11 members of the class who are plaintiffs. None have accepted our case:
   1. Equip for Equality
   2. Atty Ed Stein
   3. Pro Bono Center for Disabled and Elderly
   4. Peoples Law Office
   5. Atty Craig Futterman
   6. Atty Randolph Stone

   (margin notes: For Ed Stein Waiting since 8/23/07 but he called 11/30/07 will get back to me but I'm in need of consultation. etc. I can't pay.) (Mandel Legal Clinic)

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

___Ayo Maat___          ___6951 N. Sheridan Rd___
Movant's Signature         Street Address

___11-26-07___             ___Chicago IL 60626-3527___
Date                       City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐