APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cecelia Jackson
(Please print)

STREET ADDRESS: 8915 S. Loomis Street #906

CITY/STATE/ZIP: CHGO, ILL, 60620

PHONE NUMBER: 773-544-9488

CASE NUMBER: 07C6235

Signature: Cecelia Jackson        Date: 11-26-07

FILED
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 30 2007