


**FILED**
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 30 2007

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **HAROLD G. BELLAMY**
(Please print)

STREET ADDRESS: **300 N. STATE ST #4525**

CITY/STATE/ZIP: **CHICAGO IL 60610-4891**

PHONE NUMBER: **312-644-0171**

CASE NUMBER: **07 C 6235**

_____        _____
Signature                                        Date
(Harold X. Bellamy)                      (Nov 30, 2007)