

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

~~FILED~~  NOV 30 2007

Plaintiff(s)  *HAROLD G. BELLAMY*

NOV 30 2007    Case Number: *07 C 6235*

v.

Defendant(s)  *PACK ET. AL.*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 30 2007

Judge: *CHARLES KOCORAS*

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE**: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, *HAROLD G. BELLAMY* ,declare that I am the (check appropriate box)

   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE**: This item *must* be completed]:

   *1. EQUIP. FOR EQUALITY*
   *2. ATTY ED. STEIN*
   *3. CENTER FOR DISABLED + ELDERLY*
   *4. CRAIG FUSSARMAN*
   *5. RANDOLPH STONE*
   *6. PEOPLES LAW OFFICE*

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   *Ronald H. Bellamy*
   Movant's Signature

   *NOV 30, 2007*
   Date

   *300 N. STATE ST #4525 1E*
   Street Address

   *CHICAGO IL 60610-4891*
   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐