FILED
J.N
NOV 3 0 2007

NOV 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Patricia Baxter
(Please print)

STREET ADDRESS: 8163 Lincoln

CITY/STATE/ZIP: Skokie IL 60077

PHONE NUMBER: 847-675-5261

CASE NUMBER: 07C 6235

Signature: Patricia Baxter    Date: 11-20-07