NOV 30 2007    **FILED**

NOV 30 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Caroline Murphy
(Please print)

STREET ADDRESS: 635 Sherman Ave.

CITY/STATE/ZIP: Evanston, Ill. 60202

PHONE NUMBER: (847) 492-8910

CASE NUMBER: 07C6235

Signature: Caroline Murphy

Date: 11/30/07