FILED
NOV 3 0 2007
NOV 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Caroline Murphy )
) Case Number: 07C 6235
V. )
Defendant(s) Pace et. al. )  Judge: Charles Kocoras
)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Caroline Murphy, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: On my behalf & others in this class action, Dr. Ayo Maat contacted these lawyers & law firms to represent us.
   1. Equip for Equality
   2. Atty. Ed Stein
   3. Ctr. for disabled & Elderly
   4. Craig Futterman
   5. Randolph Stone
   6. Peoples Law Office

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Caroline Murphy                          635 Sherman Ave.
Movant's Signature                       Street Address

11/30/07                                 Evanston, Ill. 60202
Date                                     City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Appointed Attorney's Name: _____ ||
| If this case is still pending, please check box ☐ ||

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Appointed Attorney's Name: _____ ||
| If this case is still pending, please check box ☐ ||

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Appointed Attorney's Name: _____ ||
| If this case is still pending, please check box ☐ ||

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Appointed Attorney's Name: _____ ||
| If this case is still pending, please check box ☐ ||