CH

**FILED**

DEC - 6 2007

Dec 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVIE W. DICKENS
**Plaintiff(s)**

Kocoras

Case No. 07C6235

**V.**

PAce et. AL
**Defendant(s)**    Plaintiff's Motion

1.) motion for Approved of IFP And waiver of copy fee.

2.) motion to Approve Request for court Appointed Attorney.

3.) Request for ADA Accommodation.

Respectfully

Steve Dickens

Pro Se