CH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

STEVIE W. DICKENS
PLAINTIFF

VS.

PACE et. AL
DEFENDANT

CASE NO. 07 C 6235

Kocoras

## NOTICE OF MOTION

TO: Pace Suburban Bus Service
550 W Algonquin Road
Arlington Heights ILL 60005

**FILED**

DEC - 6 2007
Dec 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On December 11, 2007, at 9:30 (a.m.) / p.m. or as soon thereafter as

counsel may be heard, I shall appear before the Honorable Charles Kocoras in

Courtroom 1725 at the United States District Court Northern District of Illinois, Eastern Division,

219 South Dearborn Street, Chicago, Illinois, and present 3 motion

1.) motion for Approved of IFP And waiver of copy fee

2) motion to Approve Request for court Appointed Attorney

3) Request for ADA Accommodation

Name STEVIE W. DICKENS, Pro Se
Address 8423 So. Elizabeth
City / Zip Chicago Illinois 60620
Telephone (847) 571-5709

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6 day of December 2007

I served a copy of this notice to each person whom it is directed by way of Hand delivered

Stevie W. Dickens Pro Se
SIGNATURE / CERTIFICATION

12-6-07
DATE