**FILED**

DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

PATRICIA ~~JACKSON~~ LB BAXTER

Case No. 07C6235

v.

PACE et. al.

Defendant(s)

PLAINTIFF'S MOTION FOR  1. IFP AND WAIVER OF COPY FEES
                        2. ADA ACCESSIBILITY WHILE IN THE BUILDING

NOW COMES MOVANT PATRICIA BAXTER, PLAINTIFF, REQUESTING THE COURT APPROVES HER MOTION TO:

1. WAIVE COURT COSTS AND COPY FEES BASED ON SUBMISSION OF HER INFORMA PAUPERIS

2. PROVIDE AN ADA ACCOMMODATION DUE TO HER DISABILITY TO ACCESS COURT ROOM, RESTROOMS DURING THE COURSE OF THIS AND ANY OTHER PROCEEDINGS IN THE FEDERAL BUILDING AT 219 S. DEARBORN CHGO, ILL. 60604

RESPECTFULLY SUBMITTED BY PATRICIA BAXTER  12/06/07