CH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

PATRICIA BAXTER
PLAINTIFF

VS.

PACE et. al.
DEFENDANT

CASE NO. 07C 6235

**FILED**
DEC 06 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: PACE SUBURBAN BUS SERVICE
550 W. ALGONQUIN ROAD
ARLINGTON HEIGHTS, ILL 60005

Hon Charles Kocoras
219 S. Dearborn
Chicago, IL 60601

On DECEMBER 11th, 2007, at 9:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable CHARLES KOCORAS in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present MOTION FOR IFP AND TO WAIVE FEES AND COURT COSTS, MOTION TO APPOINTMENT OF COUNSEL AND MOTION FOR ADA ACCOMMODATION

Name PATRICIA BAXTER
Address 8163 N. LINCOLN
City / Zip SKOKIE IL 60077
Telephone 847-675-5261

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6th day of DECEMBER 2007, I served a copy of this notice to each person whom it is directed by way of HAND DELIVERED & mail to pace.

SIGNATURE / CERTIFICATION

12-6-07
DATE