**FILED**

DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Richard Allen James

V. Plaintiffs Motion

Pace et. AL

Case No. 07C 6235

Defendant(s)

1) Motion For approval of IFP and waiver of Copy fee

2) Motion To approve request for appointed attorney

3) Request for ADA accommodations

Respectfully

Richard James

Pro se