CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Richard Allen James
PLAINTIFF

VS.

Pace et. Al.
DEFENDANT

CASE NO. 07C6235

Kocoras

FILED
DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Honorable Charles Kocoras
219 S. Dearborn, Rm 1725
and to Pace

Pace 550 W. Algonquin Road
Customer Service
550 W. Arlington Heights IL 60005

On December 16, 2007, at 9:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocoras in Courtroom 1725 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present 3 Motions

1) Motion for approval of IFP and waiver of copy fee
2) Motion to approve request for appointed attorney
3) Request for ADA accommodations

Name Richard Allen James, Pro se
Address 6900 S Crandon Ave #401
City / Zip Chicago, IL 60649-1708
(Cell) (773) 314-6139
Telephone 1(773) 955-7354

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6 day of 12, 2007, I served a copy of this notice to each person whom it is directed by way of and Mail To Pace

Richard James   99500 Pro-se
SIGNATURE / CERTIFICATION

12/06/07
DATE