FILED
Dec 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

William K Crosby

V.

Case No. 07C6235
KOCORAS

**Defendant(s)**

Pace et.Al.

PLANTIFS MOTIONS

1. MOTION FOR APPROVAL IFP And WAVIER of copy Fee
2. Motion to Approve Request For court appointed attorney.
3. Request for ADA Accomodation.

Respectfully
William K Crosby
Pro Se