MICHAE
CLERK, U.S.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CH

William K. Crosby
**PLAINTIFF**

VS.

Pace, ~~####~~, Et. Al
**DEFENDANT**

CASE NO. 07 C 6235

# FILED

DEC 0 6 2007

Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Honorable Charles Kocoras
219 S. Dearborn
Chicago, Il.

PACE 550 Algonquin Rd.
Arlington Heights,
60005

On December 11, 2007 at 9:30 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocoras in Courtroom 1725 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present 3 motions.

1. Motion For Approval of IFP and Waiver of Copy Fee
2. Motion To Approve Request For Appointment of Attorney
3. Request for ADA Accommodation

Name William K. Crosby, Pro se
Address 8230 S. Bishop
City / Zip Chicago, Il. 60620
Telephone 773-322-4411

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6th day of December 2007 I served a copy of this notice to each person whom it is directed by way of Hand delivery / In Person And By Mail.

William K Crosby 99500
**SIGNATURE / CERTIFICATION**

12/06/2007
**DATE**