CH

FILED

DEC - 6 2007  rg

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

CAROLine Murphy

**v.**

Case No. 07C 6235
07c 6235

**Defendant(s)**

Pace et. al.

## Plaintiff's Motion

1) Motion for approval of IFP and waiver of copy fee.

2) Motion to approve request for court appointed attorney.

3) Request for ADA accommodation.

Respectfully,

Caroline Murphy, Pro Se

12/6/07