IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Caroline Murphy__
PLAINTIFF

VS.

__Pace et. al__
DEFENDANT

CASE NO. __07C 6235__

__Judge Kocoras__

**FILED**
DEC - 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: __Honorable Charles Kocoras__
__219 S. Dearborn, Rm. 1725__
__Chicago, Ill.__

On __December 6__, __2007__, at __9:30__ (a.m.)/ p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable __Charles Kocoras__ in Courtroom __1725__ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present __3 motions.__
1) motion for approval of IFP and waiver of copy fee
2) motion to approve request for court appointed attorney.
3) Request for ADA accomodation.

Name __Caroline Murphy, Pro Se__
Address __635 Sherman Ave.__
City / Zip __Evanston 60202__
Telephone __(847) 492-8910__

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the __6__ day of __December, 2007__, I served a copy of this notice to each person whom it is directed by way of __Hand Delivered__

__Caroline Murphy, Pro Se__
SIGNATURE / CERTIFICATION

__12/06/07__
DATE