CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**
Ayo Maat

v.

PACE et. al.

**Defendant(s)**

FILED
DEC - 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 07C6235

Dec 6 2007

Plaintiff's Motion for 1. Waiver of IFP and Copy Fees
2. ADA accessibility while in the building

Now comes movant Ayo Maat, Plaintiff, and prays that the court approves her motion to:

1. Waive court costs and copy fees based on submission of her IN Forma Pauperis papers,

2. Provide an ADA accommodation due to her disability to access courtroom(s), restrooms, and during the course of this and any other proceedings in the federal building at 219 S. Dearborn.

Respectfully Submitted By
Dr. Ayo Maat  12-6-07
Ayo Maat, Ph.D. Pro Se