CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Ayo Maat__
PLAINTIFF

CASE NO. __07C6235__

VS.

__PACE et. al.__
DEFENDANT

**FILED**
DEC - 5 2007
Dec 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: __Hon. Charles Koceras__
__219 S. Dearborn Rm 1725__
__Chicago IL 60601__

On __December 6, 2007__, at __9:30__ (a.m.) / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable __Charles Kocoras__ in Courtroom __1725__ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present __Motions for I.F.P. and to waive fees and court costs__ __Motion to Appointment of Counsel and Motion for__ __A.D.A. accommodation__

Name __Ayo Maat, Ph.D.__
Address __6951 N. Sheridan Rd__
City / Zip __Chicago IL 60626-3527__
Telephone __773-416-7366;__
__773-338-1090__

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the __6TH__ day of __December, 2007__ I served a copy of this notice to each person whom it is directed by way of __hand delivery__

__Dr. Ayo Maat/99500__
SIGNATURE / CERTIFICATION

__12-6-07__
DATE