CH

**FILED**
DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**
Ayo Maat

v.

PACE et al.

**Defendant(s)**

Case No. 07C6235

Plaintiff's Motion for
1. IFP and Waiver of Copy Fees
2. ADA accessibility while in the building

Now comes movant Ayo Maat, Plaintiff, and prays that the court approve her motion to:

1. Waive court costs and copy fees based on submission of her IN Forma Pauperis

2. Provide an ADA accommodation due to her disability to access courtroom(s), papers, restrooms, and during the course of this and any other proceedings in the federal building at 219 S. Dearborn

Respectfully Submitted By
Dr. Ayo Maat   12-6-07
Ayo Maat, Ph.D. Pro Se