CH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Ayo MAAT

**PLAINTIFF**

VS.

Pace et. Al.

**DEFENDANT**

CASE NO. 07C 6235

**FILED**

DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Hon. Charles Kocieras
219 S. Dearborn
Chicago, Il 66601

Pace; Subrn, Bus
550 W. Algonquinn Rd.
Arlington Heights, Il 605

On December 6, 2007, at 9:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocieras in Courtroom 1725 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present "Motion for IFP and to waiver of fees 2). Motion for Approval Request Court appointed Attorney 3. Request for ADA Accomodation

Name Ayo Maat, Phd.

Address 6951 N. Sheridan Rd

City / Zip Chicago, Il 6626-3527

Telephone 773-411-736
773-338-1090

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6th day of December 2007, I served a copy of this notice to each person whom it is directed by way of hand delivery Judge MAIL. to Pace

DR. Ayo Maat / 99500    Signed By Cecelia Jackson    12-06-07
**SIGNATURE / CERTIFICATION**    for Dr Maat hands not    **DATE**
working due to Carpal
Tunnel syndrome!