CH

**FILED**
DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

CECELIA JACKSON

V.

PACE et. al.

**Defendant(s)**

Case No. 07C6235

PLAINTIFF'S MOTION FOR 1. IFP AND WAIVER OF COPY FEES
2. ADA ACCESSIBILITY WHILE IN THE BUILDING

NOW COMES MOVANT CECELIA JACKSON, PLAINTIFF, REQUESTING THE COURT APPROVES HER MOTION TO:

1. WAIVE COURT COSTS AND COPY FEES BASED ON SUBMISSION OF HER IN FORMA PAUPERIS

2. PROVIDE AN ADA ACCOMMODATION DUE TO HER DISABILITY TO ACCESS COURT ROOM, RESTROOMS DURING THE COURSE OF THIS AND ANY OTHER PROCEEDINGS IN THE FEDERAL BUILDING AT 219 S. DEARBORN CHGO, ILL, 60601

RESPECTFULLY SUBMITTED BY CECELIA JACKSON

Cecelia Jackson    12/06/07