CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CECELIA JACKSON
PLAINTIFF

CASE NO. 07C6235

VS.

PACE et.al.
DEFENDANT

**FILED**
DEC 0 6 2007
Dec 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: HON. CHARLES KOCORAS
219 S. DEARBORN RM 1725
CHGO, ILL. 60601

AND

PACE SUBURBAN BUS SERVICE
550 W. ALGONQUIN ROAD
ARLINGTON HEIGHTS, ILL 60005

On December 11, 2007, at 9:30 a.m. p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable CHARLES KOCORAS in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present MOTIONS FOR IFP AND TO WAIVE FEES AND COURT COST, MOTION TO APPOINTMENT OF COUNSEL AND MOTION FOR ADA ACCOMMODATION

Name CECELIA JACKSON
Address 8915 S. Loomis #406
City / Zip CHICAGO, ILL. 60620
Telephone 773-544-9488

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 6th day of DECEMBER, 2007 I served a copy of this notice to each person whom it is directed by way of HAND DELIVERED AND MAILED TO PACE

Cecelia Jackson - 109500
SIGNATURE / CERTIFICATION

12-06-07
DATE