## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6235 | **DATE** | 12/7/2007 |
| **CASE TITLE** | Crosby et al vs. Pace | | |

**DOCKET ENTRY TEXT**

Harold Bellamy's motion [19] for leave to proceed in forma pauperis and motion [20] for appointment of counsel are dismissed. All other motions for leave to proceed in forma pauperis are denied. All pending motions for appointment of counsel are denied as premature. All other pending motions are denied as moot. The requested hearing on said motions, set for 12/11/2007 is stricken. Pursuant to Local Rule 3.3(e), if Crosby and his co-plaintiffs do not pay the $350 filing fee by December 21, 2007, this action will be dismissed. The dismissal will bar any future filing of this suit in federal court.

■[ For further details see text below.]     Docketing to mail notices.

### ORDER

    This matter comes before the court on the petitions of Plaintiffs Patricia Baxter (aka Patricia Brewer), William Crosby, Stevie Dickens, Cecelia Jackson, Richard James, Ayo Maat, and Carol (aka Caroline) Murphy for leave to proceed in forma pauperis ("IFP") as well as a motion for appointment of counsel. These plaintiffs along with Debbie Pittman and Mathew Lucas, who have not filed petitions for IFP status, seek an injunction to prevent Defendant Pace Suburban Bus from canceling the Paratransit monthly bus pass. We note that a tenth person, Harold Bellamy, has filed an IFP petition and motion for appointment of counsel under this case number, but because he is not named as a plaintiff, his petition and motion cannot be considered and are accordingly dismissed.

    A grant of leave to proceed in forma pauperis must be preceded by a determination of indigence. *Smith-Bey v. Hospital Adm'r*, 841 F.2d 751, 757 (7th Cir. 1988). Most IFP cases involve only one plaintiff, so the consideration will be restricted to the contents of a single financial affidavit. In this case, however, nine plaintiffs seek to file suit; what may be outside the means of one person can be within reason for a larger group. The financial affidavits that have been filed do not indicate that the plaintiffs would be unable to pay $38.89 (one-ninth of the $350 filing fee) in addition to their base living costs. Thus, the petitions to proceed *in forma pauperis* are denied. *See* 28 U.S.C. § 1915. All pending motions for appointment of counsel are denied as premature.

    Pursuant to Local Rule 3.3(e), if Crosby and his co-plaintiffs do not pay the $350 filing fee by December 21, 2007, this action will be dismissed. The dismissal will bar any future filing of this suit in federal court.

Dated:    **December 7, 2007**

*Charles P. Kocoras*
**CHARLES P. KOCORAS**
**U.S. District Court Judge**