

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Crosby, Maat, et al__
PLAINTIFF

CASE NO. __07 C 6235__

VS.

__PACE et al.__
DEFENDANT

**FILED**
DEC 1 9 2007
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: __Hon. Charles Kocoras__
__219 S. Dearborn Rm 1725__
__Chicago 60601__

On __December 20, 2007__ at __9:30__ a.m. / p.m. or as soon thereafter as ~~counsel may be heard, I shall appear~~ _Judge can read this motion, we present this_ before the Honorable __Judge Kocoras__ in Courtroom __1725__ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present __Motion for Reconsideration ~~to~~ Allow Plaintiffs to Proceed Without Paying Fees__

Name __Dr. Ayo Maat__
Address __6951 N. Sheridan Rd__
City / Zip __Chicago 60626-3527__
Telephone __773-446-7366__

## PROOF OF SERVICE

I, the undersigned (plaintiff / ~~defendant~~) certify that on the __19th__ day of __Dec.__, __2007__ I served a copy of this notice to each person whom it is directed by way of __the clerks office__

__Ayo Maat 94570__
SIGNATURE / CERTIFICATION

__12-19-07__
DATE