

## Motion/Affidavit of Caroline Murphy (a.k.a. Carol Murphy)

**To:**       **Northern Illinois District – Eastern District**
            **Honorable Charles Kocoras,**
      **Judge Courtroom 1725**
**Re:**       **Case 07C6235**
**Date:**     **December 28, 2007**

**Plaintiffs Crosby, Maat, et. al**     )

      **v.**                                     )

**Defendants**                          )

**PACE, et. al.**                       )

)                          Kocoras

)                          07 C 6235

)

)


**Motion to Consolidate Plaintiff Carol Murphy's Affidavit
with a. Supporting Documents in Motion for
*Reconsideration of Waiver of Courts Costs, Copy Fees* and
b. Motion to Approve More Than 15 Pages of Motion
Pleadings and Supporting Documents for Case 07 C 6235**
(*Prior Motions Filed December 19 and December 28, 2007
Respectively)*

1. This affirms (certifies)  that Pro Se Plaintiff Caroline,  is a person with a disability who rides PACE paratransit and has filed a prior statement of income, letter to Judge Kocoras stating that she cannot pay court costs,  and petition for in forma pauperis and financial affidavit in this case.

2. Plaintiff now submits this affidavit as a supporting document that affirms her signature and statements previously filed to indicate that she cannot pay any of the Court costs.

3. **Plaintiff did not submit a list of expenses with income to protect her privacy and confidentiality as she did not want these in the public record.**

4. **Plaintiffs Crosby and Maat have already submitted statement on behalf of all Plaintiffs that we are working to get an attorney to represent us and are in communication with several attorneys trying to either get them to represent us or submit a letter verifying that they have turned us down.**

5. **Plaintiffs Crosby and Maat have already submitted a letter from Equip for Equality and are still waiting on a letter from Legal Assistance Foundation as promised stating why they could not take our case. *Refer to already submitted Plaintiff Exhibit <u>Maat2</u> – Letter from Equip From Equality with Motion of December 19, 2007***

6. **Plaintiff prays for the mercy of the Court under the Standard of Review for Pro Se Litigants previously submitted December 19 with Motion for Reconsideration...and consideration for her disability, dependence on paratransit, which is not always on time or have trips available at the times I need rides, and weather conditions that affect my mobility, health or disability.**

**WHEREFOR Plaintiff respectfully submits this motion and her affidavit**

_____    Date __12/28/07__

**Caroline Murphy**

**635 Sherman**

**Evanston, IL**

**847-492-8910; 847-845-8453**

Plaintiff Affidavit of Expenses and Income

December 28, 2007

Honorable Charles Kocoras
219 S. Dearborn, rm. 1725
Chicago, Il.

Re:  Case #07C6235

I failed to attach a list of my bills with the letter dated December 13, 2007 which I am

obligated to pay on a monthly basis, thereby, making it impossible to pay the court cost

required.  Please accept this list as proof of what my income covers.

Thank you very much for your time and consideration in this matter.

Respectfully yours,

Ms. Caroline Murphy (aka/Carol Murphy)

RENT:      $144.00
COMED:       48.91
NICOR:       11.55
AT&T:        81.01

BUS PASS:  75.00

CABLE:        9.18

REMAINDER:  Food, personal & household necessities.


P.S.  My declining health condition has caused me to be slow in submitting this and I
pray that it has not caused you any inconvenience.

Signed before me this 28th day of December, 2007

Charlotte M. B. Oda
Notary Public

OFFICIAL SEAL
CHARLOTTE M B ODA
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires: 12/04/2008