IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CROSBY et al., | ) | |
| | ) | No.07 C 06235 |
| Plaintiffs, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | |
| PACE Suburban Bus | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS**

NOW COMES the Plaintiffs, and prays this Honorable Court for an extension of time for service of summons on Defendant PACE Suburban Bus, and states in support of the following:

1. This complaint was filed, *pro se*, on November 11th, 2007, by patrons of PACE's ADA Paratransit service who live in and around the City of Chicago. See Electronic Docket #1 ("ED 1"), complaint.

2. As such, the plaintiff's are individuals with disabilities and, for the most part, living below the so-called "poverty level" on fixed incomes.

3. As such, the plaintiffs were preoccupied with the filing of in forma pauperis petitions and collecting and remitting the filing fee for the first few months of this litigation, until February 8, 2008. ED 4-49.

4. The plaintiffs paid the filing fee on February 8, 2008. ED 51.

5. The undersigned was retained in this matter and appeared February 12th, 2008. ED 52.

6. Moreover, the Electronic Docket erroneously lists three persons as "ATTORNEYS TO BE NOTICED" under Defendant PACE Suburban Bus creating the impression

that PACE is represented in this matter when in fact, PACE has not appeared. *See* Electronic Docket under heading "Defendant"

7. Due in part to this erroneous information in the docket, the undersigned only learned of PACE's failure to appear two days ago.

8. Today is the 120th day since filing of the complaint.

THEREFORE PLAINTIFFS Pray this Honorable Court for an Extension of Time for Service of Summons for ninety (90) days, up to and including June 2, 2008.

Respectfully submitted,

/s/Christopher Kruger

LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
847-420-1763
Atty. No. 6281923