IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CROSBY et al., | ) | |
| | ) | No.07 C 06235 |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | |
| PACE Suburban Bus | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   David W. McArdle Esq.
ZUKOWSKI, ROGERS, FLOOD & McARDLE
50 Virginia Street
Crystal Lake, Illinois 60014
(815) 459 2050

You are hereby notified that Thursday, March 6th, 2007, at 9:30 a.m., we will appear before the Honorable Judge Kocoras or any Judge sitting in his stead in Courtroom 1725, Dirksen Building, Chicago, Illinois, and present PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS at which time you may appear as you see fit.

Respectfully,

s/ Christopher Kruger                    /
LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
847-420-1763
Atty. No. 6281923