**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

William K. Crosby, et al.
                      Plaintiff,

v.                                            Case No.: 1:07−cv−06235
                                                      Honorable Charles P. Kocoras

PACE Suburan Bus
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on 3/6/2008. Plaintiffs' motion [54] to extend time for service of summons is granted. Plaintiffs are given to 4/21/2008 to effectuate service on the defendant. Status hearing is reset from 3/25/2008 to 5/27/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.