IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM K. CROSBY, INDEPENDENT MOVEMENT OF PARATRANSIT RIDERS FOR UNITY, VEHICLES, EQUALITY ("IMPRUVE"), AYO MAAT, PATRICIA BAXTER CAROLINE MURPHY, CECELIA JACKSON, HAROLD BELLAMY, STEVIE DICKENS, RICHARD A. JAMES, MARLENE LUCAS, TRONEEKO FRENCH, TYQUAN BAXTER, GENEVARENE BAXTER, VENZELMA COTTON, and DEBBIE PITTMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOVERNOR "ROD" BLAGOJEVIC; REGIONAL TRANSPORTATION AUTHORITY, JIM REILLY, CHAIRMAN; CHICAGO TRANSIT AUTHORITY, RON HUBERMAN, CHAIRMAN; PACE SUBURBAN BUS, RICHARD KWASNESKI, CHAIRMAN;<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.07 C 06235<br><br>Judge Kocoras<br><br><br><br>Jury Demand |

## NOTICE OF FILING

To:  David McArdle, Esq.
    **Zukowski, Rogers, Flood & McArdle**
    50 Virginia St.
    Crystal Lake, IL 60014

    Please be advised that today, June 10, 2008, I have filed with the Clerk of Court Plaintiff's First Amended Complaint, a copy of which is attached and hereby served upon you.


/s/ Christopher Kruger
THE LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
847-420-1763
Atty. No. 6281923