# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro vice as provided for by Local Rule 83.12 through 83.14.

| In the Matter of | Case Number: 07C06235 |
|---|---|

WILLIAM K. CROSBY, INDEPENDENT
MOVEMENT OF PARATRANSIT RIDERS
FOR UNITY, VEHICLES, EQUALITY ("IMPRUVE"),
AYO MAAT, PATRICIA BAXTER
CAROLINE MURPHY, CECELIA JACKSON,
HAROLD BELLAMY, STEVIE DICKENS,
RICHARD A. JAMES, MARLENE LUCAS,
TRONEEKO FRENCH, TYQUAN BAXTER,
GENEVARENE BAXTER, VENZELMA COTTON,
and DEBBIE PITTMAN,
                Plaintiffs,

v.

GOVERNOR "ROD" BLAGOJEVIC; REGIONAL
TRANSPORTATION AUTHORITY, JIM REILLY,
CHAIRMAN; CHICAGO TRANSIT AUTHORITY,
RON HUBERMAN, CHAIRMAN; PACE
SUBURBAN BUS, RICHARD KWASNESKI,
CHAIRMAN;
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CHICAGO TRANSIT AUTHORITY**

| | |
|---|---|
| NAME (Type or print) <br> Judith A. Kelley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Judith A. Kelley | |
| FIRM <br> CHICAGO TRANSIT AUTHORITY | |
| STREET ADDRESS <br> 567 WEST LAKE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60661-1498 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS <br> 6216339 | TELEPHONE NUMBER <br> (312) 681-2929 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |