**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CROSBY, et al.,                          ) | |
|           Plaintiffs,          ) | |
|                         ) | |
|       v.                                               ) | Case No.  07 CV 06235 |
|                         ) | |
| GOVERNOR "ROD" BLAGOJEVIC, et al., ) | Judge Charles P. Kocoras |
|           Defendants.          ) | |

**AGREED MOTION TO EXTEND THE DATE FOR DEFENDANT**
**CHICAGO TRANSIT AUTHORITY TO RESPOND**
**TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Chicago Transit Authority ("CTA"), by its attorneys, moves the Court for an order extending the date for CTA to respond to plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. ("FRCP") 6(b).  In support of its motion, CTA states the following:

1.      On or about June 13, 2008, defendant CTA received plaintiffs' request for waiver of service of summons in this matter, and a copy of plaintiffs' First Amended Complaint.  On June 19, 2008, CTA executed and forwarded to plaintiffs' counsel of record, Christopher Kruger, Esq., a Waiver of Service of Summons.  Pursuant to  FRCP 4(d)(3), this waiver permitted CTA 60 days after the date the waiver was sent on June 10, 2008, or until August 9, 2008, in which to respond to the Amended Complaint.

2.      On June 25, 2008, CTA's counsel filed their appearances in this matter.

3.      From a review of the docket entries in this matter, CTA has learned that at a status hearing held on May 27, 2008, the Court entered an order for defendants to answer or otherwise plead by July 1, 2008.

4.      CTA requests an extension of the July 1, 2008 deadline set by the Court for CTA to file a responsive pleading to the Amended Complaint.  CTA needs additional time in order to

properly investigate and consider plaintiffs' claims and demands, so CTA can provide a reasoned response. CTA submits that, given the complexity of plaintiffs' claims and that FRCP 4(d)(3) would permit additional time for CTA to respond, CTA's request for additional time is with good cause.

5. CTA therefore requests an extension of time until July 31, 2008, or 28 days from the date of the July 3, 2008 status set in this matter, to respond to plaintiffs' Amended Complaint.

6. Counsel for plaintiffs has indicated that he does not object to this motion.

WHEREFORE, for the reasons stated herein, CTA requests that the Court enter an order giving CTA until July 31, 2008 to respond to plaintiffs' Amended Complaint.

Dated: June 30, 2008

By: s/__Judith A. Kelley_____
    Attorney for Defendant Chicago Transit Authority

Brad L. Jansen
Judith A. Kelley
Brigett Pawlak
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing **AGREED MOTION TO EXTEND THE DATE FOR DEFENDANT CHICAGO TRANSIT AUTHORITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** was electronically filed on June 30, 2008, which constitutes service to Christopher Kruger, attorney for plaintiffs, who is a registered participant of the CM/ECF system, and that on June 30, 2008 she also served a copy by e-mail to David W. McArdle, Zukowski, Rogers, Flood & McArdle, 50 Virginia Street, Crystal Lake, IL 70014, phone 815-459-2050, fax 815-459-9057, dmcardle@zrfmlaw.com, who does not yet appear as attorney of record for defendant Pace Suburban Bus on the Court's CM/ECF system.

/s  Judith A. Kelley
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com