UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CROSBY, et al.,** ) | |
|         **Plaintiffs,** ) | |
|         v.  ) | Case No.  07 CV 06235 |
| ) | |
| **GOVERNOR "ROD" BLAGOJEVIC, et al.,** ) | Judge Charles P. Kocoras |
|         **Defendants.** ) | |

**NOTICE OF MOTION**

TO:  **Attorney for Plaintiffs**  
     Christopher D. Kruger, Esq.  
     The Law Offices of Christopher Kruger  
     2022 Dodge Avenue  
     Evanston, IL 60201  
     Phone 847-420-1763  
     Fax 847-733-9537  
     ckruger@ameritech.net

**Attorney for Defendant Pace**  
David W. McArdle, Esq.  
Zukowski, Rogers, Flood & McArdle  
50 Virginia Street  
Crystal Lake, IL 70014  
Phone 815-459-2050  
Fax 815-459-9057  
dmcardle@zrfmlaw.com

      PLEASE TAKE NOTICE that on the date and time previously set for status in this case, on Thursday, July 3, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles P. Kocoras, or any judge sitting in his stead, in Room 1725 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present defendant Chicago Transit Authority's <u>AGREED MOTION TO EXTEND THE DATE FOR DEFENDANT CHICAGO TRANSIT AUTHORITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT</u>, a copy of which is served upon you.

Dated:  June 30, 2008

                                                   By: s/  Judith A. Kelley  
                                                     Attorney for Defendant  
                                                     Chicago Transit Authority

Brad L. Jansen  
Judith A. Kelley  
Brigett Pawlak  
Chicago Transit Authority  
Law Dept.  
567 W. Lake Street  6th Floor  
Chicago, Illinois 60661  
(312) 681-2929  
Fax: (312) 681-2995  
jkelley@transitchicago.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing **NOTICE OF MOTION** was electronically filed on June 30, 2008, which constitutes service to Christopher Kruger, attorney for plaintiffs, who is a registered participant of the CM/ECF system, and that on June 30, 2008 she also served a copy by e-mail to David W. McArdle, Zukowski, Rogers, Flood & McArdle, 50 Virginia Street, Crystal Lake, IL 70014, phone 815-459-2050, fax 815-459-9057, dmcardle@zrfmlaw.com, who does not yet appear as attorney of record for defendant Pace Suburban Bus on the Court's CM/ECF system.

/s_Judith A. Kelley_____
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com