IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM K. CROSBY, INDEPENDENT MOVEMENT OF PARATRANSIT RIDERS FOR UNITY, VEHICLES, EQUALITY ("IMPRUVE"), AYO MAAT, PATRICIA BAXTER CAROLINE MURPHY, CECELIA JACKSON, HAROLD BELLAMY, STEVIE DICKENS, RICHARD A. JAMES, MARLENE LUCAS, TRONEEKO FRENCH, TYQUAN BAXTER, GENEVARENE BAXTER, VENZELMA COTTON, And DEBBIE PITTMAN, <br><br>                      Plaintiffs, <br><br>        v. <br><br> GOVERNOR "ROD" BLAGOJEVIC; REGIONAL TRANSPORATION AUTHORITY, JIM REILLY, CHAIRMAN; CHICAGO TRANSIT AUTHORITY, RON HUBERMAN, CHAIRMAN; PACE SUBURBAN BUS, RICHARD KWASNESKI, CHAIRMAN; <br><br>                      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 07 C 06235 ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF FILING**

TO:   Christopher Kruger                          Brad L. Jansen
      Law Offices of Christopher Kruger           Judith A. Kelley
      2022 Dodge Avenue                           Brigett Pawlak
      Evanston, IL 60201                          Chicago Transit Authority Law Dept.
                                                  567 W. Lake Street 6th Floor
                                                  Chicago, Illinois 60661

**PLEASE TAKE NOTICE** that on July 1, 2008, I will cause to be filed electronically with the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Answer of Pace, the Suburban Bus Division of Regional Transit Authority, to Plaintiffs' First Amended Complaint** and this **Notice of Filing**.

                          PACE, the Suburban Bus Division of Regional Transit
                          Authority
                          By:_____/s/ Kevin G. Costello_____
                                  Kevin G. Costello

## PROOF OF SERVICE

The undersigned, a non-attorney, on oath, state that I served the foregoing Notice of Filing and the document referred to therein by electronic filing with the Clerk of the Court, which will send electronic notification of such filing to all parties of record, on the 1st day of July, 2008.

_____

SUBSCRIBED and SWORN to before me this 1st day of July, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MARY J NADEAU
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 04/02/2009

Kevin G. Costello
Atty. No. 06196839
ZUKOWSKI, ROGERS, FLOOD & MCARDLE
50 Virginia Street
Crystal Lake, Illinois 60014
(815) 459-2050
Facsimile - (815) 459-9057