# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM K. CROSBY, INDEPENDENT MOVEMENT OF PARATRANSIT RIDERS FOR UNITY, VEHICLES, EQUALITY ("IMPRUVE"), AYO MAAT, PATRICIA BAXTER CAROLINE MURPHY, CECELIA JACKSON, HAROLD BELLAMY, STEVIE DICKENS, RICHARD A. JAMES, MARLENE LUCAS, TRONEEKO FRENCH, TYQUAN BAXTER, GENEVARENE BAXTER, VENZELMA COTTON, and DEBBIE PITTMAN, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No.07 C 06235 |
| | ) | Judge Kocoras |
| v. | ) ) | |
| GOVERNOR "ROD" BLAGOJEVIC; REGIONAL TRANSPORTATION AUTHORITY, JIM REILLY, CHAIRMAN; CHICAGO TRANSIT AUTHORITY, RON HUBERMAN, CHAIRMAN; PACE SUBURBAN BUS, RICHARD KWASNESKI, CHAIRMAN; | ) ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING OF EXHIBITS AND ATTACHMENTS

To:  David McArdle, Esq.  
**Zukowski, Rogers, Flood & McArdle**  
50 Virginia St.  
Crystal Lake, IL 60014  

Judith A. Kelley, Esq.  
**Chicago Transit Authority**  
567 West Lake Street  
Chicago, IL 60661-1498  

Please be advised that I filed, on July 7th, 2008, with the Clerk of Court, certain Exhibits consisting of affidavits and photos, copies of which are hereby served upon you. The undersigned was unable to electronically file these exhibits because of computer malfunction.

/s/ Christopher Kruger  
THE LAW OFFICES OF CHRISTOPHER KRUGER  
2022 Dodge Avenue  
Evanston, IL 60201  
847-420-1763  
Atty. No. 6281923

## CERTIFICATE OF SERVICE

      I, Christopher Kruger, an attorney, certify that a served a copy of the attached Notice of Manual Filing of Exhibits and Attachments via electronic filing and a copy of Exhibit A to the First Amended Complaint by U.S. mail to the following parties of record on July 8th, 2008:

| | |
|---|---|
| David McArdle, Esq. | Judith A. Kelley, Esq. |
| **Zukowski, Rogers, Flood & McArdle** | **Chicago Transit Authority** |
| 50 Virginia St. | 567 West Lake Street |
| Crystal Lake, IL 60014 | Chicago, IL 60661-1498 |

/s/ Christopher Kruger
THE LAW OFFICES OF CHRISTOPHER KRUGER
2022 Dodge Avenue
Evanston, IL 60201
847-420-1763
Atty. No. 6281923