UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CROSBY, et al.,** ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 07 CV 06235 |
| ) | |
| **GOVERNOR "ROD" BLAGOJEVIC, et al.,** ) | Judge Charles P. Kocoras |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   **Attorney for Plaintiffs**　　　　　　　　**Attorney for Defendant Pace**
　　　Christopher D. Kruger, Esq.　　　　　　　David W. McArdle, Esq.
　　　The Law Offices of Christopher Kruger　　Zukowski, Rogers, Flood & McArdle
　　　2022 Dodge Avenue　　　　　　　　　　　50 Virginia Street
　　　Evanston, IL 60201　　　　　　　　　　　Crystal Lake, IL 70014
　　　Phone 847-420-1763　　　　　　　　　　　Phone 815-459-2050
　　　Fax 847-733-9537　　　　　　　　　　　　Fax 815-459-9057
　　　ckruger@ameritech.net　　　　　　　　　　dmcardle@zrfmlaw.com

　　　　PLEASE TAKE NOTICE that on July 31, 2008, I caused to be filed electronically with the Office of the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendant Chicago Transit Authority's Answer and Affirmative Defense to Plaintiffs' First Amended Complaint** and this **Notice of Filing**.

Dated:  July 31, 2008

　　　　　　　　　　　　　　　　　　　　　By: s/ Judith A. Kelley_____
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Chicago Transit Authority

Brad L. Jansen
Judith A. Kelley
Brigett Pawlak
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing **NOTICE OF FILING** was electronically filed on July 31, 2008, which constitutes service to counsel of all parties of record, as they are registered participant of the CM/ECF system.

/s_Judith A. Kelley_____
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com