U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 06235 |
|---|---|
| William K. Crosby, Independent Movement of Paratransit Riders for Unity, Vehicles, Equality ("Impruve"), et al., v. Governor Rod Blagojevich, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rod Blagojevich, Governor of the State of Illinois

| NAME (Type or print) |
|---|
| William P. Farrell, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William P. Farrell, Jr. |
| FIRM |
| Neal, Gerber & Eisenberg LLP |
| STREET ADDRESS |
| Two North LaSalle Street, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602-3801 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216041 | 312-269-8081 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]