# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:07-cv-06235
Crosby et. al. v. PACE et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs

| | |
|---|---|
| NAME (Type or print) | |
| Yahale R. Yadede | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Yahale R. Yadede | |
| FIRM | |
| Law Offices of Yahale Yadede | |
| STREET ADDRESS | |
| c/o YI, 4931 N. Kimball Ave. | |
| CITY/STATE/ZIP | |
| Chicago, IL                                         60625 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284295 | 773-828-4444 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |