# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Crosby et. al. v. PACE et. al.

Case Number: 1:07-cv-06235

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| **NAME (Type or print)**<br>Yahale R. Yadede | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br> s/  Yahale R. Yadede | |
| **FIRM**<br>Law Offices of Yahale Yadede | |
| **STREET ADDRESS**<br>c/o YI, 4931 N. Kimball Ave. | |
| **CITY/STATE/ZIP**<br>Chicago, IL                                        60625 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284295 | TELEPHONE  NUMBER<br>773-828-4444 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐