# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                         Case Number: 1:07-cv-06235

Crosby et. al. v. PACE et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| |
|---|
| NAME (Type or print) <br> Yahale R. Yadede |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Yahale R. Yadede |
| FIRM <br> Law Offices of Yahale Yadede |
| STREET ADDRESS <br> c/o YI, 4931 N. Kimball Ave. |
| CITY/STATE/ZIP <br> Chicago, IL                                                          60625 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) — TELEPHONE NUMBER <br> 6284295 — 773-828-4444 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |