**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**In the Matter of Crosby v. Blagojevic, et al.**          Case Number:   07 CV 6235

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)
WILLIAM K. CROSBY, INDEPENDENT MOVEMENT OF PARATRANSIT RIDERS FOR UNITY, VEHICLES, EQUALITY, **and all other named plaintiffs**

| | |
|---|---|
| NAME (Type or print) | |
| Matthew J. Stanton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Matthew J. Stanton | |
| FIRM   Law Office of Matthew Stanton | |
| STREET ADDRESS   P.O. Box 9116 | |
| CITY/STATE/ZIP   Gurnee, Illinois 60031 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6042586 | TELEPHONE NUMBER   847 361 5045 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL