**List of Plaintiffs in Crosby, et al. vs. Blagojevic et al. 07 CV 6235**

WILLIAM K. CROSBY

INDEPENDENT MOVEMENT OF PARATRANSIT RIDERS FOR UNITY, VEHICLES, EQUALITY ("IMPRUVE")

AYO MAAT

PATRICIA BAXTER

CAROLINE MURPHY

CECELIA JACKSON

HAROLD BELLAMY

STEVIE DICKENS

RICHARD A. JAMES

MARLENE LUCAS

TRONEEKO FRENCH

TYQUAN BAXTER

GENEVARENE BAXTER

VENZELMA COTTON

DEBBIE PITTMAN